# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MICHALE SHIRLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ORANGE COUNTY, et al.,<br><br>    Defendants. | Case No. 8:19-cv-02078-JLS-PD<br><br>**ORDER GRANTING STIPULATIONS FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulations of the parties, and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby orders that this action is dismissed with prejudice in its entirety, with each side to bear its own litigation costs and attorney's fees.

DATED: July 02, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE