**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE MICHALE SHIRLEY, | Case No. 8:19-cv-02078-JLS-PD |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ORANGE COUNTY, et al., | |
| Defendants. | |

Pursuant to Order Granting Stipulations for Voluntary Dismissal with Prejudice,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

DATED: July 02, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE